BLANCHARD, Respondent, v. DUFFY, Appellant. (Supreme Court, Appellant Division, Second Department. May 2, 1899.) Action by Frank G. Blanchard against Anthony Duffy. No opinion. Judgment modified so as to award the recovery against Anthony Duffy as treasurer

of the committee of the Irish Fair, and as thus modified affirmed, without costs of this appeal to either party.